# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY** | **INTERPLEADER PLAINTIFF** |
| V.              4:22CV00559 JM | |
| **MARK MANSFIELD, ELLIS WAYNE FAIR, and KATHERINE SANDERS, as Administrator of the ESTATE OF ELLIS FRANKLIN KINARD** | **INTERPLEADER DEFENDANTS** |

## ORDER

On September 19, 2022 the Court entered an Order granting Protective's motion for default judgment, discharge and dismissal, docket # 22. Protective deposited the policy proceeds into the registry of the Court on September 23, 2022. Accordingly, Protective is hereby dismissed from this action with prejudice, without further costs or liabilities.

IT IS SO ORDERED this 20th day of October, 2022.

_____
James M. Moody Jr.
United States District Judge