IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PROTECTIVE LIFE INSURANCE COMPANY

INTERPLEADER
PLAINTIFF

V.   CASE NO. 4:22CV 559-JM

MARK MANSFIELD, ELLIS WAYNE FAIR,
and KATHERINE SANDERS, as
Administrator of the ESTATE OF ELLIS
FRANKLIN KINARD

INTERPLEADER
DEFENDANTS

## ORDER OF DISMISSAL

Comes for consideration on this 22nd day of August, 2023, and based upon the Motion for Interpleader filed by Plaintiff and Ordered; Motion to Dismiss filed by the Separate Defendant, Mark Mansfield ("Mansfield"), the Settlement Agreement of the Defendants, and all other things of fact and law known and made known to the Court, the Court finds as follows:

1. This Court has continuing jurisdiction over the subject matter and the parties herein.

2. Plaintiff's Motion to Interplead funds from a life insurance policy owned by Franklin Ellis Kinard ("Kinard"), who died on December 25, 2021, was granted. Separate Defendant, Mansfield, was a trusted friend of Kinard who was instructed by Kinard on how to distribute those funds.

3.	Separate Defendant, Ellis Wayne Fair, ("Fair") was a relative of Kinard and was left a portion of money in the last wishes of Kinard.

4.	Separate Defendant, Katherine Sanders, never entered her appearance in this case and was dismissed.

5.	Separate Defendants, Mansfield and Fair, entered into a Joint Settlement Agreement whereby they agreed to the distribution of the life insurance proceeds and that they should be performed in accordance with the Agreement. That Agreement is representative of the wishes of Kinard.

6.	The U.S. District Court Clerk is directed to forward the funds, including any accrued interest, being held in accordance with the Order for Interpleader to James A. Simpson, Jr., Attorney for Mansfield, at 200 North Spring Street, Searcy, AR. 72143, so that the funds can be deposited into his trust account and distributed in accordance with the Agreement.

7.	Based upon that set forth above, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 22nd day of August, 2023.

_____
U.S. District Court Judge,
James M. Moody, Jr.

*Prepared by James A. Simpson, Jr.*
*200 North Spring Street*
*Searcy, AR.  72143*
*(501)279-9292-Telephone*
*jsimpson@simpsonfirm.net*